# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>Trey T. George<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-MJ-098 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/30/2019__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 641 | within the special territorial jurisdiction of the United States, in the State and District of Maryland, embezzle, steal, purloin, or knowingly convert to his own use, or the use of another, property of the United States, of a total value of less than $1,000.00, from the Army and Air Force Exchange Service (AAFES), an agency of the United States |

This criminal complaint is based on these facts:

On or about 30 July 2019, on Joint Base Andrews, Maryland, AAFES personnel contacted the Security Forces Investigations Section to report a shoplifting incident that occurred at the AAFES. Loss Prevention personnel gave a statement to Security Forces personnel stating that Trey George was observed exiting the facility without rendering proper payment for merchandise. Investigator Moxley issued Mr. George a citation.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Moxley, SF Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/3/19

_____
*Judge's signature*

City and state: Joint Base Andrews, Maryland

Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*