# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
|  | ) | |
|  | ) | **MOTION TO DISMISS** |
| v. | ) | **WITHOUT PREJUDICE** |
|  | ) | |
| TREY T. GEORGE | ) | |
|  | ) | **CASE NO: 20-MJ-098** |
| Defendant | ) | |

The United States respectfully requests this honorable court grant a motion to dismiss without prejudice in the above styled matter.

## *I. Facts and Circumstances*

On 30 July 2019, the Defendant was charged within the special territorial jurisdiction of the United States in the State and District of Maryland with violating Title 18 United States Code, Section 641, theft of government property.

## *II. Argument*

The defendant through his defense counsel entered into an internal pretrial diversion agreement with the government whereby he was to complete 25 hours of community service. The defendant has completed the terms of the agreement, therefore the government requests this case be dismissed without prejudice.

## *III. Conclusion*

Therefore, the United States respectfully requests this honorable court grant a motion to dismiss without prejudice in the above styled matter.

Respectfully Submitted,

*[signature]*

PAVAN S. KRISHNAMURTHY, Captain, USAF
Special Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **MOTION TO DISMISS** |
| v. ) | **WITHOUT PREJUDICE** |
| ) | |
| **TREY T. GEORGE** ) | |
| ) | **CASE NO: 20-MJ-098** |
| _____Defendant_____ ) | |

**ORDER**

Having read and reviewed the United States' motion to dismiss without prejudice in the above referenced case, it is ORDERED, THIS _____ day of _____, 2020, that the motion is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Captain Pavan Krishnamurthy
Special Assistant United States Attorney
316 WG/JA
1500 W. Perimeter Road, Suite 2110
Joint Base Andrews MD 20762

## CERTIFICATE OF SERVICE

I CERTIFY I SERVED THIS MOTION TO DISMISS FOR UNITED STATES V. TREY T. GEORGE, CASE 20-MJ-098 ON THE 8TH DAY OF SEPTEMBER 2020. THIS INFORMATION WAS E-MAILED TO: *16*

MR. RICHARD LINK
rlinklaw@comcast.net

PAVAN S. KRISHNAMURTHY, Captain, USAF
Special Assistant United States Attorney